**EJ-100**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>After recording return to:<br>Diane L. Webb, Esq.<br>William W. Friedman, Esq.<br>Morgan Lewis & Bockius LLP<br>One Market - Spear Tower<br>San Francisco, CA 94105<br>**TELEPHONE NO.:** 415/442-1000<br>**FAX NO.** *(Optional):* 415/442-1001<br>**E-MAIL ADDRESS** *(Optional):*<br>**ATTORNEY FOR** *(Name):* Plaintiff, Makhan Singh | |
| **U.S. Dist. Court -- Northern Dist. of CA -- San Francisco**<br>**STREET ADDRESS:** 450 Golden Gate Avenue<br>**MAILING ADDRESS:**<br>**CITY AND ZIP CODE:** San Francisco, CA 94102<br>**BRANCH NAME:** | |

| | |
|---|---|
| **PLAINTIFF:** Makhan Singh, a.k.a. Macan Singh | **CASE NUMBER:** |
| **DEFENDANT:** C.D.& R.'s Oil, Inc., a California corporation; Charanjit Jutla Singh, as an individual, president and shareholder; and Davinder Ju | C 02-1130 CRB (EMC) |

| | |
|---|---|
| **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**<br>☒ **FULL**   ☐ **PARTIAL**   ☐ **MATURED INSTALLMENT** | **FOR COURT USE ONLY** |

1. Satisfaction of the judgment is acknowledged as follows:
   a. ☒ Full satisfaction
      (1) ☐ Judgment is satisfied in full.
      (2) ☒ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. ☐ Partial satisfaction
      The amount received in partial satisfaction of the judgment is $ 0.00
   c. ☐ Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:* Makhan Singh c/o Diane L. Webb, Esq., Morgan, Lewis & Bockius LLP, One Market - Spear Tower, San Francisco, CA 94105

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:* See attachment A

5. a. Judgment entered on *(date):* June 8, 2004
   b. ☐ Renewal entered on *(date):*

6. ☒ An ☒ abstract of judgment ☒ certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

   | COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
   |---|---|---|
   | See Attachment B | | |

7. ☒ A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):* 0417760066

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: March 14, 2005

▶ *(signature)*

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

Page 1 of 1

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Legal Solutions Plus

Code of Civil Procedure, §§ 724.060, 724.120, 724.250

# ATTACHMENT A

4. Full names and addresses of judgment debtors being fully released.

   A. C. D. & R's Oil, Inc.
      3940 North Tracy Blvd.
      Tracy, CA 95304

   B. Charanjit Jutla
      7730 W. Valpico Rd.
      Tracy, CA 95304

   C. Davinder Jutla
      7730 W. Valpico Rd.
      Tracy, CA 95304

# ATTACHMENT B

| County | Date Filed | Document No. |
|---|---|---|
| Alameda County Assessor | 6/9/04 | 2004256855 |
| Amador County Recorder | 6/23/04 | 04-0008724-00 |
| Calaveras County Recorder | 6/23/04 | 2004-13627 |
| Contra Costa County Assessor | 6/23/04 | 20040241098 |
| Fresno County Assessor | 6/25/04 | 20040140758 |
| Merced County Assessor | 6/24/04 | 2004-041216 |
| Sacramento County Recorder | 6/23/04 | 200406231173 |
| San Francisco County Assessor/Recorder | 7/02/04 | 2004H756993 |
| San Joaquin County Assessor/Recorder | 6/9/04 | 2004-126715 |
| San Mateo County Assessor/Recorder | 6/23/04 | 2004-130241 |
| Santa Clara County Recorder | 7/06/04 | 17884133 |
| Solano County Recorder | 6/28/04 | 200400087531 |
| Stanislaus County Assessor | 6/28/04 | 04-0102634-00 |
| California Secretary of State *Notice of Judgment Lien | 6/18/04 | 0417760066 |

1-SF/7208645.1

**ATTACHMENT B**

1  MORTIMER H. HARTWELL (State Bar No. 154556)
   DIANE L. WEBB (State Bar No. 197851)
2  WILLIAM W. FRIEDMAN (State Bar No. 215185)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market - Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel:   (415) 442-1000
   Fax:   (415) 442-1001
5
   CHRISTOPHER HO (State Bar No. 129845)
6  THE LEGAL AID SOCIETY – EMPLOYMENT LAW CTR.
   600 Harrison Street, Suite 120
7  San Francisco, CA 94107-1387
   Tel:   (415) 864-8848
8  Fax:   (415) 864-8199

9
   Attorneys for Judgment Creditor Makhan Singh
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  MAKHAN SINGH, a.k.a. MACAN         Case No. C 02-01130 CRB
    SINGH,
14                                     **PROOF OF SERVICE**
             Plaintiff,
15
       vs.                             Action Filed:   March 7, 2002
16
    C. D.& R's OIL, INC., a California
17  corporation; CHARANJIT JUTLA
    SINGH, as an individual, president, and
18  shareholder; and DAVINDER JUTLA, as
    an individual, vice-president, secretary,
19  and shareholder,

20           Defendants.

21
        I am a resident of the State of California and over the age of eighteen years, and not a
22  party to the within action; my business address is One Market, Spear Street Tower, San
    Francisco, CA 94105-1126. On **March 25, 2005**, I served the within documents:
23
        **RELEASE OF JUDGMENT LIEN FOR ALAMEDA COUNTY**
24
        **RELEASE OF JUDGMENT LIEN FOR AMADOR COUNTY**
25
        **RELEASE OF JUDGMENT LIEN FOR CALAVERAS COUNTY**
26
        **RELEASE OF JUDGMENT LIEN FOR CONTRA COSTA COUNTY**
27
        **RELEASE OF JUDGMENT LIEN FOR FRESNO COUNTY**
28

1-SF/7209944.1                          1.

| | |
|---|---|
| 1 | **RELEASE OF JUDGMENT LIEN FOR MERCED COUNTY** |
| 2 | **RELEASE OF JUDGMENT LIEN FOR SACRAMENTO COUNTY** |
| 3 | **RELEASE OF JUDGMENT LIEN FOR SAN FRANCISCO COUNTY** |
| 4 | **RELEASE OF JUDGMENT LIEN FOR SAN JOAQUIN COUNTY** |
| 5 | **RELEASE OF JUDGMENT LIEN FOR SAN MATEO COUNTY** |
| 6 | **RELEASE OF JUDGMENT LIEN FOR SANTA CLARA COUNTY** |
| 7 | **RELEASE OF JUDGMENT LIEN FOR SOLANO COUNTY** |
| 8 | **RELEASE OF JUDGMENT LIEN FOR STANISLAUS COUNTY** |
| 9 | |
| 10 | **NOTICE OF JUDGMENT LIEN RELEASE OR SUBORDINATION CALIFORNIA SECRETARY STATE** |
| 11 | **ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT** |
| 12 | |
| 13 | Copy of Check from U.S. Treasury, # 00491866, payable to Morgan, Lewis & Bockius LLP c/o Diane Webb in the amount of $207,534.62, dated 3-18-05. |

☒ by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for delivery.

| PARTIES | COUNSEL FOR | PHONE/FAX | SERVED |
|---|---|---|---|
| Defendant Counsel: Richard L. Perez, Esq. PEREZ & MCNABB, PC 3730 Mt. Diablo Blvd., Ste. 335 Lafayette, CA 94549 | Defendant, C.D. & R's Oil, Inc. | Off: 925/254-6100 Fax: 925/254-0653 | Federal Express |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **March 25, 2005**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_Linda Buda_
Linda Buda